No. 09-8766. **Michael Jeffrey Land, Petitioner v. Richard F. Allen, Commissioner, Alabama Department of Corrections, et al.**

559 U.S. 1072, 130 S. Ct. 2097, 176 L. Ed. 2d 730, 2010 U.S. LEXIS 3467.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 573 F.3d 1211.